IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA DIAGNOSTIC LABORATORIES, INC, et al,<br><br>        Plaintiffs,<br><br>        v<br><br>NEUTRONICS ENTERPRISES, INC, et al,<br><br>        Defendants. | No C 03-1563 VRW<br><br>ORDER |

On April 13, 2006, the parties appeared on defendants' motions to set aside default and plaintiffs' motion for entry of default judgment. The court granted defendants' motions on the condition, among others, that defendant (and former counsel for defendants) Walter Wiggins pay attorney fees and costs incurred by plaintiffs in moving for entry of default judgment and opposing defendants' motions to set aside entry of default. See Doc #171.

//
//

1    Accordingly, plaintiffs filed a request for attorney fees
2 in the amount of $12,573.68, Doc #172, which represents $11,050 in
3 fees and $213.68 in costs expended by plaintiffs' current counsel,
4 Doc #173 (Kleven Decl), plus $1,310 in fees for the work of
5 plaintiffs' former counsel, Doc #174 (Spencer-Smith Decl).

6    Wiggins objects to plaintiffs' fee request on two
7 grounds.  Doc #178.  First, Wiggins contends that the fees would
8 have never been incurred had plaintiffs acceded to his request that
9 plaintiffs extend Wiggins and his co-defendants the "courtesy" of
10 agreeing to set aside the defaults.  Id at 4.  This argument merits
11 zero consideration, for the court made clear that Wiggins was
12 responsible for compensating plaintiffs for the default-related
13 motions practice.  Nothing presented by Wiggins justifies
14 reconsideration of that ruling.

15    Next, Wiggins argues that current plaintiffs' counsel's
16 fees were billed at a rate of $250/hour rather than $200/hour, the
17 rate that plaintiffs have actually been paying for counsel's work.
18 In their reply, plaintiffs conceded this mistake and reduced their
19 request by $2,210 ($50/hour X 44.2 hours).  Doc #183.

20    Walter Wiggins is hereby ORDERED to pay plaintiffs
21 forthwith fees and costs in the amount of $10,363.68.

23    SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge

**2**