**SMITH & MYERS LLP**
Thomas Meyers (SBN 120674)
333 South Hope Street, 35th Floor
Los Angeles, CA 90771
Telephone: (213) 613-2390
Facsimile: (213) 613-2395

Attorneys for Defendants
NEUTRONICS ENTERPRISES, INC., KEITH A. FINKENBINER, PERFORMANCE ENHANCERS, INC., GARY J. BETHUREM, WALTER WIGGINS, WILLIAM WOZNYJ, KEITH TERRY individually and doing business as TERRY COMPONENTS, and HIGH PERFORMANCE PRODUCTS, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA DIAGNOSTIC LABORATORIES, INC., MICHAEL SPENCER-SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>NEUTRONICS ENTERPRISES, INC., KEITH A. FINKENBINER, PERFORMANCE ENHANCERS, L.L.C., PERFORMANCE ENHANCERS, INC., GARY J. BETHUREM, WALTER WIGGINS, WILLIAM WOZNYJ, WALKINGTON, INC., and Ohio corporation, IDEAL BRANDS LIMITED PARTNERSHIP, RICHARD HEALEY, KEITH TERRY, Individually and doing business as TERRY COMPONENTS, HIGH PERFORMANCE PRODUCTS, L.L.C., DOES 1 through 10, and ROES 1 through 10, Inclusive,<br><br>Defendants. | No.: C-03-1563 VRW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Honorable Vaughn R. Walker |

Pursuant to Fed. R. Civ. P. 41, it is hereby stipulated, by and between plaintiffs and counter-defendants Northern California Diagnostic Laboratories, Inc. and Michael Spencer Smith; defendants and counter-claimants Neutronics Enterprises, Inc., Keith A. Finkenbiner, Walter Wiggins, Keith Terry, High Performance Products, L.L.C., and defendants William Woznyj, Performance Enhancers, Inc. and Gary J. Bethurem, by and through their respective counsel of record, that the Court may make and enter its Order dismissing this action in its entirety, including any and all counterclaims, with prejudice, each party to bear its own costs and fees.

DATED: July 31, 2006.

LAW OFFICES OF PAUL KLEVEN

By _____
Paul Kleven
Attorneys for Northern California Diagnostic Laboratories, Inc. and Michael Spencer-Smith

DATED: August 11, 2006.

SMITH & MYERS LLP

By _____
Thomas O. Myers
Attorneys for Neutronics Enterprises, Inc., Keith A. Finkenbiner, Performance Enhancers, Inc., Gary J. Bethurem, Walter Wiggins, William Woznyj, Keith Terry, individually and doing business as Terry Components, and High Performance Products, L.L.C.

**IT IS SO ORDERED:**

DATED: _Sept 12_, 2006

_____
The Honorable Vaughn R. Walker
UNITED STATES DISTRICT COURT JUDGE